# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES JACKSON**                                                            **PLAINTIFF**
**#251009**

**v.**                          **Case No: 4:23-CV-00174-LPR-PSH**

**MESSENSMITH, Doctor,**
**Turnkey/PCDC, et al.**                                                    **DEFENDANTS**

## ORDER

On March 1, 2023, Plaintiff James Jackson, an inmate at the Pulaski County Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On March 7, 2023, the Court ordered Mr. Jackson to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The Court warned Mr. Jackson that failure to comply with the Order would result in the dismissal of his Complaint.[3]

Mr. Jackson has not complied with, or otherwise responded to, the Court's March 7 Order, and the time for doing so has expired. Accordingly, Mr. Jackson's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of September 2023.

                                                                        **LEE P. RUDOFSKY**
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 2).  The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.*